UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCOTT CALDWELL,

        Plaintiff,

- against -

WILLIS TOWERS WATSON,

        Defendant.

19-cv-6812 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The case is referred to a Magistrate Judge for purposes of settlement.

**SO ORDERED.**

Dated: New York, New York
November 15, 2019

                                              John G. Koeltl
                                         **United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-15-19