# SAUL EWING
# ARNSTEIN
# & LEHR LLP

Erik P. Pramschufer
Phone: (212) 980-7216
Fax: (212) 980-7291
erik.pramschufer@saul.com
www.saul.com

APPLICATION GRANTED
SO ORDERED

12/6/19  /s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

December 6, 2019

*Via ECF*

Hon. John G. Koeltl
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

  **Re: *Caldwell v. Willis Towers Watson* (Case No. 1:19-cv-6812-JGK)**
    **Joint Motion to Stay Discovery and Suspend Deadlines**

Dear Judge Koeltl:

  This Firm represents Defendant Willis Towers Watson, and we are authorized by Plaintiff's counsel to submit this joint request.

  The parties participated in a conference call with U.S. Magistrate Judge Ona T. Wang on December 5, 2019 to discuss scheduling an early settlement conference. The settlement conference has been scheduled for Tuesday, January 28, 2019. (ECF No. 25).

  In connection with an early settlement conference, the parties have conferred and agree that it would be most cost-effective to stay discovery pending the outcome of the conference. Accordingly, the parties jointly request a stay of discovery and suspension of all deadlines set forth in the October 2, 2019 Civil Scheduling Order (ECF No. 14), pending the outcome of the settlement conference. Should a resolution not be reached at the settlement conference, the parties will submit a Stipulated Civil Scheduling Order for the Court's consideration.

  This is the parties' first request to stay, or alter, the deadlines set forth in the Court's October 2, 2019 Civil Scheduling Order.

  Thank you for your consideration of this matter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __12-6-19__

Hon. John G. Koeltl
Case No. 1:19-cv-6812
December 6, 2019
Page 2

Respectfully submitted,

*/s/ Erik P. Pramschufer*
Erik P. Pramschufer, Esq.

cc: Hon. Ona T. Wang, U.S.M.J. (via ECF)
    All counsel (via ECF)