**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
:
SCOTT CALDWELL, :
:
                Plaintiff, :    19-CV-6812 (JGK)
:
      -against- :    **ORDER**
:
WILLIS TOWER WATSON, :
:
                Defendant. :
:
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a settlement conference in this matter on January 28, 2020. As discussed at the conference, the Court will hold a Settlement Status Call on **Tuesday, February 25, 2020 at 9:45 a.m**. Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

Dated: January 28, 2020
       New York, New York

                                          *s/ Ona T. Wang*
                                            **Ona T. Wang**
                                    United States Magistrate Judge