USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2·25·20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT CALDWELL,

           Plaintiff,

- against -

WILLIS TOWERS WATSON,

           Defendant.

19-cv-6812 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to submit a Rule 26(f) report to the Court by **March 6, 2020**.

SO ORDERED.

Dated:   New York, New York
        February 25, 2020

                                      John G. Koeltl
                              United States District Judge