**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────────
SCOTT CALDWELL,

               Plaintiff,          19-cv-6812 (JGK)

    - against -                   <u>ORDER</u>

WILLIS TOWERS WATSON,

               Defendant.
────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    This case is referred to Magistrate Judge Wang for general pretrial matters.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **May 6, 2020**          _____/s/ John G. Koeltl_____
                                                  **John G. Koeltl**
                                       **United States District Judge**