UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                                                            :

SCOTT CALDWELL,

                      Plaintiff,                   19-CV-6812 (JGK) (OTW)

            -against-

                                                          **ORDER**

WILLIS TOWER WATSON,

                      Defendant.

---------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the parties' April 29, 2021 joint status letter. (ECF 64). It is

HEREBY ORDERED:

- By **10:00 am on May 5, 2021**, parties shall file the Rule 30(b)(6) topics and objections.

- There shall be no new document requests absent exceptionally good cause shown. Such cause shall include, at a minimum: 1) an explanation why the new request(s) were not covered by any prior document requests; 2) why the document(s) could not have been requested previously; 3) why the document(s) are material <u>and</u> non-duplicative; and 3) why such production is proportional to the needs of the case. Parties shall file their respective positions in a joint status letter, 3 pages max, due by **10:00 am on May 5, 2021.**

- Further, Defendant's counsel is directed not to block bill further time spent on document production issues in the event the Court apportions costs under Federal Rules of Civil Procedure 16, 37(a)(5)(A)-(C), and 37(b), as well as 28 U.S.C. § 1927 and/or the Court's inherent authority.

**SO ORDERED.**

Dated:  April 30, 2021
           New York, New York

                                                          *s/ Ona T. Wang*
                                                           **Ona T. Wang**
                                              United States Magistrate Judge