UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
SCOTT CALDWELL,
:
:
Plaintiff,   :   19-CV-6812 (JGK) (OTW)
:
:
-against-   :
:   **ORDER**
:
WILLIS TOWER WATSON,
:
:
Defendant.   :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The parties appeared for a conference on May 6, 2021. As directed at the conference:

- Fact discovery is completed.

- Pre-motion conference letters due to the District Judge by **May 20, 2021**. Parties shall review and abide by the District Judge's Individual Practices.

- Parties shall order a copy of the transcript and split the costs.

**SO ORDERED.**

Dated:  May 6, 2021
      New York, New York

                                                      _s/ Ona T. Wang_
                                                           **Ona T. Wang**
                                               United States Magistrate Judge