UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCOTT CALDWELL,

        Plaintiff,

- against -

WILLIS TOWERS WATSON US LLC,

        Defendant.

19-cv-6812 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    As discussed during the teleconference held on May 26, 2021, the defendant may file its motion for summary judgment by July 9, 2021, the plaintiff may file any opposition by August 13, 2021, and the defendant may reply by September 3, 2021.

SO ORDERED.

Dated:    New York, New York
           May 26, 2021

                              /s/ John G. Koeltl
                              John G. Koeltl
                              United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-26-21